PROB 12C
(06/15)

FILED
FEB 18 2020
Clerk, U.S. District Court
Western District of Texas
By: _____
        Deputy

United States District Court
Southern District of Texas
ENTERED
December 10, 2019
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

**Superseding Petition for Warrant or Summons
for Offender Under Supervision dated June 3, 2019**

Name of Offender: Thaddeus Clinton Jones        Case Number: 4:19CR00146-001

**1:20-mj-153**

Name of Sentencing Judge: The Honorable Richard F. Cebull

Name of Assigned Judge: The Honorable Keith P. Ellison

Date of Original Sentence: August 8, 2012

Original Offense: Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846
Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 2
Conspiracy to Distribute Cocaine, 21 U.S.C. § 846
Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and 2 (9 Counts)
Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence: 134 months imprisonment, five years supervised release, $1,600 special assessment and the following special conditions: urine surveillance, substance abuse treatment, mental health treatment, no use of toxic substances, no use of medical marijuana, not possess a police radio scanning device, and search and seizure.

Type of Supervision: Supervised Release        Supervision Started: April 20, 2018

Assistant U.S. Attorney: Marcia Hurd        Defense Attorney: Jay F. Lansing

## EARLIER COURT ACTION

October 18, 2013: Pursuant to Fed. Rule Crim. P. 35(b), the term of imprisonment was reduced to 96 months.

August 27, 2015: Pursuant to 18 U.S.C. § 3582(c)(2), the term of imprisonment was reduced to 81 months.

February 27, 2019: the sentencing court modified the conditions of supervision to include location monitoring based a petition for action reporting the defendant's failure to submit a monthly report, association with a known felon, and leaving the district without permission.

RE: Thaddeus Clinton Jones 2
Dkt. No. 4:19CR00146-001

February 28, 2019: Jurisdiction transferred to The Southern District of Texas.

May 31, 2019: The court did not take action on a Probation Form 12A reporting his drug use and failure to comply with the location monitoring rules.

June 25, 2019: Revocation hearing held. The court continued supervision with all previous conditions intact. The revocation hearing was continued until October 28, 2019.

September 3, 2019: The Court granted the defendant's motion (filed August 30, 2019) to complete 100 hours community service in lieu of location monitoring

September 24, 2019: The Court amended the conditions of supervised release to include 100 hours community service by March 31, 2020.

November 6, 2019: The Court signed a Superseding Probation Form 12C to include an allegation of drug use.

## PETITIONING THE COURT

**To hear the original violations, as well as the additional alleged violation(s) contained in this superseding petition, at the revocation hearing.**

**The probation officer believes that the offender has violated the following conditions of supervision:**

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Illegal Possession of a Controlled Substance** |
| | On or about November 5, 2019, Thaddeus Jones possessed and used cocaine and marijuana, a controlled substance not prescribed by a physician as evidenced by a urine specimen submitted by him to the Cheyenne Center, such specimen tested positive for cocaine and marijuana. The possession alleged above is a violation of 21 U.S.C. § 844. |
| 2 | **Failure to Participate in Substance Abuse Treatment** |
| | On November 5, 2019, the defendant was referred to residential treatment at The Cheyenne Center. On November 14, 2019, the defendant was unsuccessfully discharged from treatment for failure to abide by program rules. |
| 3 | **Illegal Possession of a Controlled Substance** |
| | On or about October 28, 2019, Thaddeus Jones possessed and used cocaine, a controlled substance not prescribed by a physician, as |

RE: Thaddeus Clinton Jones 3
Dkt. No. 4:19CR00146-001

evidenced by a urine specimen submitted by him to U.S. Probation Officer J. Andrew Adame, on that date, such specimen tested positive for cocaine through laboratory analysis. The possession alleged above is a violation of 21 U.S.C. § 844.

4  **Failure to Participate in Location Monitoring Program**

On May 29, 2019, the defendant was at a location not previously approved by the probation officer, to wit: 4527 Lomitas Street, Houston, Texas.

On May 29, 2019, the defendant was at a location not previously approved by the probation officer, to wit: 10505 Broadway Street, Pearland, Texas.

On May 25, 2019, the defendant was at a location not previously approved by the probation officer, to wit: 6356 Richmond Avenue, Houston, Texas.

On May 27, 2019, the defendant was at a location not previously approved by the probation officer, to wit: 6356 Richmond Avenue, Houston, Texas.

5  **Illegal Possession of a Controlled Substance**

On or about May 16, 2019, Thaddeus Clinton Jones possessed and used cocaine and marijuana, controlled substances not prescribed by a physician, as evidenced by a urine specimen submitted by him to the U.S. Probation Office, on that date, such specimen tested positive for cocaine and marijuana through laboratory analysis. The possession alleged above is a violation of 21 U.S.C. § 844.

RE: **Thaddeus Clinton Jones** 4
Dkt. No. 4:19CR00146-001

**U.S. Probation Officer Recommendation:**

☐ The term of supervision should be

    ☒ revoked.

    ☐ extended for ___ years, for a total of ___ years.

☐ To modify the conditions of supervision as follows:

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:

Respectfully submitted,

By:

_____
Reginald C. Hollins, Supervising
United States Probation Officer

_____
J. Andrew Adame
United States Probation Officer
December 4, 2019

Name of Offender: Thaddeus Clinton Jones
Case Number: 4:19CR00146-001
Page Number: 5

THE COURT ORDERS:

[ ✓ ]   To consider the allegations contained in this Superseding Petition at the revocation hearing.

[ ]   Other:

_____
Keith P. Ellison
U. S. District Judge

_____
Date

Case 4:19-cr-00146 Document 17 (Court only) Filed on 11/06/19 in TXSD Page 1 of 4
Case 1:20-mj-00153-SH Document 1 Filed 02/18/20 Page 6 of 10
United States District Court
Southern District of Texas
**ENTERED**
November 06, 2019
David J. Bradley, Clerk

PROB 12C
(06/15)

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF TEXAS

**Superseding Petition for Warrant or Summons
for Offender Under Supervision dated June 3, 2019**

Name of Offender: Thaddeus Clinton Jones    Case Number: 4:19CR00146-001

Name of Sentencing Judge: The Honorable Richard F. Cebull

**1:20-mj-153**

Name of Assigned Judge: The Honorable Keith P. Ellison

Date of Original Sentence: August 8, 2012

Original Offense: Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846
Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 2
Conspiracy to Distribute Cocaine, 21 U.S.C. § 846
Distribution of Cocaine, 21 U.S.C. §§ 841(a)(1) and 2 (9 Counts)
Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence: 134 months imprisonment, five years supervised release, $1,600 special assessment and the following special conditions: urine surveillance, substance abuse treatment, mental health treatment, no use of toxic substances, no use of medical marijuana, not possess a police radio scanning device, and search and seizure.

Type of Supervision: Supervised Release    Supervision Started: April 20, 2018

Assistant U.S. Attorney: Marcia Hurd    Defense Attorney: Jay F. Lansing

---

### EARLIER COURT ACTION

October 18, 2013: Pursuant to Fed. Rule Crim. P. 35(b), the term of imprisonment was reduced to 96 months.

August 27, 2015: Pursuant to 18 U.S.C. § 3582(c)(2), the term of imprisonment was reduced to 81 months.

February 27, 2019: the sentencing court modified the conditions of supervision to include location monitoring based a petition for action reporting the defendant's failure to submit a monthly report, association with a known felon, and leaving the district without permission.

RE: Thaddeus Clinton Jones 2
Dkt. No. 4:19CR00146-001

February 28, 2019: Jurisdiction transferred to The Southern District of Texas.

May 31, 2019: The court did not take action on a Probation Form 12A reporting his drug use and failure to comply with the location monitoring rules.

June 25, 2019: Revocation hearing held. The court continued supervision with all previous conditions intact. The revocation hearing was continued until October 28, 2019.

September 3, 2019: The Court granted the defendant's motion (filed August 30, 2019) to complete 100 hours community service in lieu of location monitoring

September 24, 2019: The Court amended the conditions of supervised release to include 100 hours community service by March 31, 2020.

## PETITIONING THE COURT

**To hear the original violations, as well as the additional alleged violation(s) contained in this superseding petition, at the revocation hearing.**

**The probation officer believes that the offender has violated the following conditions of supervision:**

### Violation Number    Nature of Noncompliance

**1**    **Illegal Possession of a Controlled Substance**

On or about October 28, 2019, Thaddeus Jones possessed and used cocaine, a controlled substance not prescribed by a physician, as evidenced by a urine specimen submitted by him to U.S. Probation Officer J. Andrew Adame, on that date, such specimen tested positive for cocaine through laboratory analysis. The possession alleged above is a violation of 21 U.S.C. § 844.

**2**    **Failure to Participate in Location Monitoring Program**

On May 29, 2019, the defendant was at a location not previously approved by the probation officer, to wit: 4527 Lomitas Street, Houston, Texas.

On May 29, 2019, the defendant was at a location not previously approved by the probation officer, to wit: 10505 Broadway Street, Pearland, Texas.

RE: Thaddeus Clinton Jones 3
Dkt. No. 4:19CR00146-001

> On May 25, 2019, the defendant was at a location not previously approved by the probation officer, to wit: 6356 Richmond Avenue, Houston, Texas.
>
> On May 27, 2019, the defendant was at a location not previously approved by the probation officer, to wit: 6356 Richmond Avenue, Houston, Texas.

3 **Illegal Possession of a Controlled Substance**

> On or about May 16, 2019, Thaddeus Clinton Jones possessed and used cocaine and marijuana, controlled substances not prescribed by a physician, as evidenced by a urine specimen submitted by him to the U.S. Probation Office, on that date, such specimen tested positive for cocaine and marijuana through laboratory analysis. The possession alleged above is a violation of 21 U.S.C. § 844.

## U.S. Probation Officer Recommendation:

☐ The term of supervision should be

    ☒ revoked.

    ☐ extended for ___ years, for a total of ___ years.

☐ To modify the conditions of supervision as follows:

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:  Respectfully submitted,

By: *[signature]*

*[signature]*
Reginald C. Hollins, Supervising  J. Andrew Adame
United States Probation Officer  United States Probation Officer
  November 4, 2019

Name of Offender: Thaddeus Clinton Jones
Case Number: 4:19CR00146-001
Page Number: 4

THE COURT ORDERS:

[✓] To consider the allegations contained in this Superseding Petition at the revocation hearing.

[ ] Other:

_____
Keith P. Ellison
U. S. District Judge

_____
6 November 2019
Date

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

RECEIVED
UNITED STATES MARSHAL
2020 JAN 13 PM 3:47
SOUTHERN DIST. S/TX

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| THADDEUS CLINTON JONES | ) | Case No. 4:19-cr-146-1 |
| | ) | |
| | ) | 1:20-mj-153 |
| | ) | |
| | ) | COPY |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     THADDEUS CLINTON JONES                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☑ Order of the Court

This offense is briefly described as follows:
Defendant's failure to appear before the Court for scheduled revocation hearing on January 8, 2020.

COPY

Date: 10 January 2020

*Issuing officer's signature*

City and state:     Houston, TX                              U. S. District Judge Keith P. Ellison
                                                                      *Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

8747191